FILED

09 MAR 20 PM 1:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NAPOLEON A. JONES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05CR0517-J |
| Plaintiff, ) | |
| v. ) | **ORDER TERMINATING** |
| ) | **SUPERVISED RELEASE** |
| SHERRY MAY MARTIN, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the term of supervised release of the defendant, SHERRY MAY MARTIN, in the above-entitled case be terminated.

**SO ORDERED.**

Dated: 3-20-09

_____
HONORABLE NAPOLEON A. JONES
United States District Court Judge